Troy D. Monge, Esq.
Law Offices of Troy D. Monge, APC
2300 E. Katella Ave, Suite 325
ANAHEIM, CALIFORNIA 92806
TELEPHONE (714) 385-8100
FACSIMILE (714) 385-8123
troymonge@hotmail.com

Attorney Bar #217035
Attorneys for Brenda C. Tolossa

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

BRENDA C. TOLOSSA,

Plaintiff,

v.

FRANK BISIGNANO,
Commissioner of Social Security,

Defendant.

No. 5:25-cv-02922-AYP

~~[PROPOSED]~~ **ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND COSTS**

Based upon the parties' Stipulation for Award and Payment of Attorney Fees:

IT IS ORDERED that the Commissioner shall pay attorney fees and expenses under the Equal Access To Justice Act (EAJA), 28 U.S.C. section 2412(d), in the amount of FIVE THOUSAND FIVE HUNDRED DOLLARS and NO CENTS ($5,500.00), and costs under 28 U.S.C. section 1920, in the amount of FOUR HUNDRED FIVE DOLLARS AND NO CENTS ($405.00), subject to the terms of the above-referenced Stipulation.

Dated: August 14, 2026

THE HONORABLE ANNA Y. PARK
UNITED STATES MAGISTRATE JUDGE